[No. 42374-6-I.    Division One.    February 16, 1999.]

SEBRINA HOLMSTROM, *Appellant*, v. THE PORT OF
BELLINGHAM, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-2-00201-8, David A. Nichols, J., entered
March 4, 1998. *Reversed* by unpublished opinion per
Coleman, J., concurred in by Webster and Appelwick, JJ.

[No. 42663-0-I.    Division One.    February 16, 1999.]

*In the Matter of the Marriage of* JAMES WARD WILKINS,
JR., *Appellant*, and CARMELA C. WILKINS, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-3-00319-6, David A. Nichols, J., entered
May 1, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42640-1-I.    Division One.    February 16, 1999.]

THE CITY OF SEATTLE, *Respondent*, v. MARY HARRISON,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-12187-8, Sally Phillips Pasette, J., entered
December 5, 1996. *Reversed* by unpublished opinion per
Cox, J., concurred in by Coleman and Webster, JJ.

[No. 42934-5-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-01406-3, Michael J. Fox, J., entered June
1, 1998. *Remanded* by unpublished per curiam opinion.